**In the Matter of Doreen Mary Jane BRADY, Debtor/Appellant.**

B. No. 86–02052–3.

Civ. No. 87–0195–CV–W–3.

United States District Court,
W.D. Missouri, W.D.

May 27, 1987.

John K. Weilert, Independence, Mo., for debtor.

### ORDER

ELMO B. HUNTER, Senior District Judge.

Before the court is an appeal from an order of the Bankruptcy Court, made January 21, 1987, which dismissed appellant's Chapter 7 bankruptcy petition.

Appellant filed her Chapter 7 petition on May 5, 1986, listing unsecured claims totaling $5,448.36, and no secured or priority claims. Her property was of nominal value; appellant's sole income is a Social Security benefit check in the amount of $448.00 per month. On Schedule B–4 of her petition, appellant claimed her Social Security benefit as exempt property.

On January 21, 1987, after a hearing on the matter, the Bankruptcy Court dismissed the appellant's petition pursuant to 11 U.S.C. § 707(b), stating that appellant's $448.00 per month income would enable her to repay her unsecured creditors through a Chapter 13 Plan in a little over two years at a rate of $200.00 per month.

Appellant points out that her monthly Social Security check is exempt property from her bankruptcy estate. *See* 11 U.S.C. § 522; 42 U.S.C. § 407(b); Mo.Rev.Stat. §§ 513.427 and 513.430(10)(a) (1986). This court agrees with appellant that it was error to dismiss her Chapter 7 petition on the grounds that she could pay her unsecured creditors with exempt income. *See In re Mastroeni,* 56 B.R. 456, 458–59 (S.D. N.Y.1985). Accordingly, it is

ORDERED the Bankruptcy Court's order dismissing appellant's Chapter 7 petition is reversed; it is further

ORDERED this matter is remanded to the Bankruptcy Court for further proceedings consistent with this order.